

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00102-CR
_____

EX PARTE:  JIMMY RAY ADAMS

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 19,549-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Jimmy Ray Adams attempts to appeal the denial of his post-conviction application for writ of habeas corpus. The trial court denied Adams' application January 9, 2009. Thus, Adams' notice of appeal was due to be filed on or before February 9, 2009. *See* TEX. R. APP. P. 26.2, 4.1. A motion for extension of time to file the notice of appeal was due to be filed on or before February 23, 2009. *See* TEX. R. APP. P. 26.3. No motion for extension of time was filed. Adams' pro se notice of appeal was not filed until May 13, 2009.

A timely notice of appeal is necessary to invoke this Court's jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

Adams has failed to perfect his appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

Josh R. Morriss, III
Chief Justice

Date Submitted:     June 8, 2009
Date Decided        June 9, 2009

Do Not Publish

2